IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JULIE WERNERT and SCOTT WERNERT, as next friends for C.W.; ) ) ) Plaintiffs, ) ) v. ) ) WILLIAMSON COUNTY BOARD OF EDUCATION; and STACEY EDMONSON, in her official capacity as District Attorney General for the 21st Judicial District of Tennessee; ) ) ) ) ) ) ) Defendants. ) ) | Case No. 3:24-cv-01000<br><br>District Judge Trauger |

**Motion GRANTED for extension to 10/29/2024.**

## UNOPPOSED MOTION FOR EXTENSION

Defendant District Attorney General Stacey Edmonson respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including October 29, 2024, to file her response to the complaint. Counsel for Plaintiffs does not oppose this extension.

Plaintiffs served General Edmonson on August 21, 2024, making her response due on September 11, 2024, under Fed. R. Civ. P. 12(a)(1)(A)(i). After receiving notice of the Complaint, counsel for General Edmonson has conferred with counsel for Plaintiffs about apparent deficiencies in an effort to reduce or eliminate unnecessary briefing in a motion to dismiss. On August 29, 2024, General Edmonson sought an unopposed extension to move her response deadline from September 11, 2024 to October 1, 2024, which this Court granted. (D.E.