# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JULIE WERNERT *as next friend of C.W.*, ET AL., ) ) ) Plaintiffs, ) ) v. ) ) WILLIAMSON COUNTY BOARD OF ) EDUCATION, ET AL., ) ) Defendants. ) | Civil No. 3:24-cv-1000 Judge Trauger |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal With Prejudice of Pendent State Claim for Negligent Infliction of Emotional Distress (Doc. No. 23), it is hereby ORDERED that the Clerk shall term the defendant Williamson County Board of Education's Motion to Dismiss State Law Claims (Doc. No. 18).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge