Motion GRANTED IN PART. Extension to 12/5/2024.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JULIE WERNERT and SCOTT WERNERT, as next friends for C.W.;<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMSON COUNTY BOARD OF EDUCATION; and STACEY EDMONSON, in her official capacity as District Attorney General for the 21st Judicial District of Tennessee;<br><br>Defendants. | Case No. 3:24-cv-01000<br><br>District Judge Trauger |

## UNOPPOSED MOTION FOR EXTENSION

Defendant District Attorney General Stacey Edmonson respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including December 6, 2024, to file her response to the Complaint. Counsel for Plaintiffs does not oppose this extension.

General Edmonson is currently obligated to respond to Plaintiffs' Complaint on October 29, 2024. (D.E. 22.) Counsel for General Edmonson has conferred with counsel for Plaintiffs about apparent deficiencies in an effort to reduce or eliminate unnecessary briefing in a motion to dismiss. Counsel for the parties have discussed the issues and Plaintiffs are currently contemplating amendment to the Complaint which may moot motion practice by General Edmonson.